

**UNITED STATES DISTRICT COURT**
**for the**
**EASTERN DISTRICT OF CALIFORNIA**

FILED
MAY 21 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES OF AMERICA
            VS.

CASE/CITATION NO. 2:13 cr 154 DAD

Estrella S. Champlin

**ORDER TO PAY**

SOCIAL SECURITY #: 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
DATE OF BIRTH: 11-23-1948
DRIVER'S LICENSE #: B4875628
ADDRESS: 1794 TATIANA ST.
         ROSEVILLE, CA 95747
         CITY        STATE       ZIP CODE

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

X DATE: 5/21/2013                    X _____Champlin_____
                                        DEFENDANT'S SIGNATURE

**YOU ARE HEREBY ORDERED TO PAY/COMPLY THE FOLLOWING:**

[✓] Fine: $ 200 _____ and a penalty assessment of $ 25 _____ for a TOTAL AMOUNT OF: $ 225 _____ within _____ days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    Completed by _____

**PAYMENTS** must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

**CENTRAL VIOLATIONS BUREAU**         **CLERK, USDC**                **CLERK, USDC**
PO BOX 70939                          2500 TULARE ST., RM. 1501      501 I STREET, STE. 4-200
CHARLOTTE, NC 28272-0939              FRESNO, CA 93721-1322          SACRAMENTO, CA 95814-2322

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 5-21-13                **DALE A. DROZD**
                             U.S. MAGISTRATE JUDGE

Clerk's Office

FPI-PET                                                                              EDCA-3